IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MT ESTATE REALTY LLC d/b/a BUSH HOUSE HOTEL, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No.: 19-cv-5687 |
| | : | |
| CHUBB CUSTOM INSURANCE COMPANY, | : | |
| Defendant. | : | |

# O R D E R

**AND NOW**, this __18TH__ day of March, 2021, upon consideration of Plaintiff's Motion to Compel Discovery (ECF No. 28) and Defendant's response thereto (ECF No. 30), and for the reasons set forth in the memorandum filed concurrently with this Order, **IT IS HEREBY ORDERED** that Plaintiff's Motion is **DENIED**.

BY THE COURT:

 /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge